No. 1010. PERKINS GLUE COMPANY *v.* STANDARD FURNITURE COMPANY. May 21, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Thomas Ewing* and *Mr. Gorham Crosby* for petitioner. *Mr. James A. Watson* for respondent.

Nos. 1019 and 1020. CLAUDE A. P. TURNER *v.* FLAT SLAB PATENTS COMPANY. May 21, 1923. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Frank A. Whiteley* for petitioner. *Mr. Amasa C. Paul* and *Mr. Edward Rector* for respondent.

No. 1026. GUSTAVE PORGES, ON BEHALF OF HIMSELF AND OTHERS, ETC. *v.* JAMES R. SHEFFIELD, TRUSTEE, ETC.; and
No. 1027. BARON EDMOND JAMES DE ROTHSCHILD ET AL. *v.* JAMES R. SHEFFIELD, TRUSTEE, ETC. May 21, 1923. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. A. B. Kerr, Mr. Henry G. Gray, Mr. Sol M. Stroock* and *Mr. George Zabriskie* for petitioners. *Mr. Alfred A. Cook* and *Mr. Harold Nathan* for respondent.

No. 1028. FRIEDLANDER BROTHERS, ETC., ET AL. *v.* CITY OF MOULTRIE ET AL. May 21, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Georgia denied. *Mr. I. J. Hofmayer* and *Mr. James R. Pottle* for petitioners. No appearance for respondents.

No. 1032. ETHEL JAMES *v.* JAMES C. DAVIS, AS AGENT, ETC. May 21, 1923. Petition for a writ of certiorari to